1  KILPATRICK TOWNSEND & STOCKTON LLP
   ROGER L. COOK (State Bar No. 55208)
2  rcook@kilpatricktownsend.com
   ROBERT D. TADLOCK (State Bar No. 238479)
3  rtadlock@kilpatricktownsend.com
   KEVIN J. O'BRIEN (State Bar No. 278823)
4  KOBrien@kilpatricktownsend.com
   Eighth Floor, Two Embarcadero Center
5  San Francisco, CA  94111
   Telephone:   415 576 0200
6  Facsimile:   415 576 0300

7  Attorneys for Plaintiff
   LED ENGIN, INC.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
3/31/2014

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LED ENGIN, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>LUMINUS DEVICES, INC.,<br><br>             Defendant. | Civil Action No. 5:14-cv-00203-EJD<br><br>**NOTICE OF DISMISSAL**<br>**F.R.Civ.P. 41(a)(1)** |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that plaintiff LED Engin, Inc. hereby dismisses the above-captioned action, without prejudice. The Clerk shall close this file.

DATED:  March 27, 2014           Respectfully submitted,

                                 KILPATRICK TOWNSEND & STOCKTON LLP


                                 By:      */s/ Roger L. Cook*
                                        ROGER L. COOK

                                 Attorneys for Plaintiff
                                 LED Engin, Inc.

66178041V.1
NOTICE OF DISMISSAL                                                                 - 1 -
CASE NO. 3:14-CV-00203-MEJ